1
2
3
4
5
6
7
8                              **UNITED STATES DISTRICT COURT**
9                              **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  ANTHONY M. CURCIO, | CASE NO. 09-CV-1498-IEG (NLS) |
| 12                        Plaintiff, | **ORDER SETTING DEADLINE FOR PLAINTIFF TO AMEND CLAIMS PURSUANT TO COURT'S OCTOBER 14, 2009 ORDER** |
| 13   vs. | |
| 14  WACHOVIA MORTGAGE CORPORATION and DOES 1-10, | |
| 15 | |
| 16                        Defendants. | |

17
     By order filed October 14, 2009, the Court dismissed most of Plaintiff's claims with prejudice, but dismissed Plaintiff's TILA rescission claim without prejudice, granting Plaintiff leave to amend such claim to the extent he is able to plausibly do so.  Any amended complaint pursuant to that order must be filed *within twenty (20) days* of the entry of this order.

     **IT IS SO ORDERED**.

**DATED: October 15, 2009**

                                                                       _____
                                                                       **IRMA E. GONZALEZ, Chief Judge**
                                                                       **United States District Court**